# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-2395

———————————————————

JOHNATHAN ANTHEAS MOODY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

February 25, 2026

PER CURIAM.

DISMISSED. See *Daniels v. State*, 568 So. 2d 63, 64 (Fla. 1st DCA 1990).

LEWIS, ROBERTS, and NORDBY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Johnathan Antheas Moody, pro se, Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.